UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND BROWDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CJ BERRY WELL SERVICES MANAGEMENT LLC,<br><br>Defendant. | Case No. 1:24-cv-00418-JLT-CDB<br><br>ORDER ON STIPULATION TO: (1) SET BRIEFING AND HEARING SCHEDULE ON MOTION TO COMPEL INDIVIDUAL ARBITRATION, AND (2) CONTINUE SCHEDULING CONFERENCE PENDING DETERMINATION OF MOTION<br><br>(Doc. 4) |

On February 26, 2024, Plaintiff Leland Browden ("Plaintiff") filed a class action complaint in the Superior Court of the State of California for the County of Kern. (Doc. 1). Defendant CJ Berry Well Services Management, LLC ("Defendant") removed the action to this Court on April 8, 2024. *Id.*

Pending before the Court is the parties' stipulation to set a briefing and hearing schedule on a motion to compel individual arbitration and continue the scheduling conference. (Doc. 4). In light of the parties' stipulated representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant shall file any motion to compel individual arbitration on or before July 22, 2024;

2. Plaintiff's opposition to Defendant's forthcoming motion to compel individual

arbitration shall be filed on or before August 12, 2024;

3. Defendant's reply if any to Plaintiff's opposition shall be filed on or before August 26, 2024;

4. Defendant shall notice any motion to compel individual arbitration for hearing on September 11, 2024; and

5. The July 8, 2024, scheduling conference (Doc. 2) is HEREBY VACATED to be reset as appropriate following disposition of Defendant's anticipated motion to compel individual arbitration.

IT IS SO ORDERED.

Dated: **June 21, 2024**

UNITED STATES MAGISTRATE JUDGE